PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | 05-CR-1453-002-DMS |
| **DOCKET NUMBER** *(Rec. Court)* | CR 07 00657 JF |

FILED
2007 OCT 17 P 3:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jacqueline Godinez-Magana<br>890 Prevost St.<br>San Jose, CA 95125 | Southern California | San Diego |
| | **NAME OF SENTENCING JUDGE**<br>Dana M. Sabraw | |
| | **DATES OF SUPERVISED RELEASE** | **FROM** 3-16-07    **TO** 3-15-09 |

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii), Bringing in Illegal Aliens Without Presentation; and 18 U.S.C. § 2, Aiding and Abetting

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-26-07
Date

Dana M. Sabraw
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 15 2007
Effective Date

James Ware
United States District Judge

lmb/lmb